**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2263**

———————

In Re: REGINALD L. KEENE, SR.; In Re: KAREN L.
KEENE,

                                                  Debtors.

————————————————————

REGINALD L. KEENE, SR.; KAREN L. KEENE,

                                    Debtors - Appellants,

          versus

DAVID CHARLES,

                                     Creditor - Appellee.

FRANK J. SANTORO, Trustee,

                                        Amicus Curiae.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Newport News.  Robert G. Doumar, Senior Dis-
trict Judge.  (CA-98-16-4, BK-91-42512-S)

———————

Submitted:  April 20, 1999          Decided:  April 30, 1999

———————

Before WILKINS and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Richard G. Poinsett, Linda Weston Coppinger, LAW OFFICE OF RICHARD G. POINSETT, Hampton, Virginia, for Appellants. Sheryl Lee Brindle, ALEXANDER P. SMITH & ASSOCIATES, Norfolk, Virginia, for Appellee. Frank J. Santoro, Trustee, Karen M. Crowley, MARCUS, SANTORO, KOZAK & MELVIN, P.C., Portsmouth, Virginia, for Amicus Curiae.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald and Karen Keene appeal from the district court's order affirming the bankruptcy court's order denying their motion to enforce the confirmation and discharge orders and for a court order releasing the lien of David Charles, a creditor in their bankruptcy proceeding. We have reviewed the record and the opinions of the bankruptcy court and the district court and find no reversible error. Accordingly, we affirm on the district court's reasoning. See Keene v. Charles, Nos. CA-98-16-4; BK-91-42512-S (E.D. Va. July 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2